**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | Case No. 19-cv-6311 |
| Plaintiff, | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| v. | ) | |
| | ) | |
| SKYLINE CM PORTFOLIO, LLC, | ) | |
| d/b/a COURTYARD MARRIOT, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

The parties, through their respective undersigned attorneys, hereby stipulate, pursuant to

Federal Rule of Civil Procedure 41(a)(1)(ii), that all matters in controversy have been

compromised and settled, and that all claims of Plaintiff, Howard Cohen against Defendant,

Skyline CM Portfolio, LLC d/b/a Courtyard Marriot, shall be dismissed with prejudice pursuant

to settlement.  Except for any applicable terms set forth in the Settlement Agreement, each party

shall bear his or its own attorneys' fees and costs of suit.


/s/ Robert M. Kaplan
Attorney for Plaintiff

Robert M. Kaplan
Law Offices of Robert M. Kaplan, P.C.
1535 W. Schaumburg Rd., Suite 204
Schaumburg, IL 60194
*Counsel for Plaintiff*
IL Bar No. 6206215

/s/ Darrell A. Clay
Attorney for Defendant

Darrell A. Clay
Walter | Havefield
1301 East Ninth Street, Suite 3500
Cleveland, OH 44114-1821
*Admitted Pro Hac Vice*

Ryan A. Haas
Chuhak & Tecson, P.C.
30 S. Wacker Dr., Suite 2600
Chicago, IL 60606
*Local Counsel for Defendant*
IL Bar No. 6283020